MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
2/20/19 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: __Anderson_____ JAD/TPA/(CMB)/GLT

Case Number: __18-24721__

Date of Meeting: __2__/__11__/__19__    Recording # __23__

Debtor(s) present __✓__ or Not Present ____ (__ No Payments Made or __ partial payments)

Attorney for debtor(s) __Calaiaro Valencik__ (Present __✓__ or Not Present ____)

Date of Plan at § 341: __1/11/19__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

__X__ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD

____ Order to Show Cause Requested
____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
____ 341 Meeting OR __X__ Conciliation Conf. OR ___ *Contested Hearing
On __4/4/19__ at __11:30__ am/pm Location __3250__

_____Jana Paul_____
Chapter 13 Trustee/Attorney for Trustee