# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-24721 GLT |
| Curtis S. Anderson, | : | |
| Debtor, | : | Chapter 13 |
| Curtis S. Anderson, | : | |
| Movant, | : | Related Document No. 30-29 |
| v. | : | |
| State Farm Bank, | : | |
| Respondent. | : | Document No. |

## CERTIFICATE OF SERVICE OF Loss Mitigation Order

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 15, 2019.

**SERVICE BY FIRST CLASS MAIL**:
Curtis S. Anderson, 16 Commons Drive, Bradfordwoods, PA 15015-1304
**SERVICE BY NEF**:
James Warmbrodt on behalf of Creditor BSI Financial Services Inc. as servicer for Macquarie Mortgages USA Inc.; bkgroup@kmllawgroup.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** March 15, 2019  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**