Case 18-24721-GLT    Doc 41    Filed 07/18/19    Entered 07/19/19 00:52:55    Desc Imaged
                          Certificate of Notice    Page 1 of 2

FILED
7/15/19 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-24721 GLT |
| Curtis S. Anderson, | : |
|     Debtor | : Chapter 13 |
| Curtis S. Anderson, | : |
| Movant, | : |
|   v. | : |
| BSI Financial Services, | : |
| Respondent. | : Related to Docket No. 39 |

## ORDER

A *Loss Mitigation Order* dated March 14, 2019, was entered in the above matter at Document No. 30. On July 12, 2019, a **Motion to Extend the Loss Mitigation Period** was filed by Curtis S. Anderson at Document No. 39.

AND NOW, this 15th Day of July, 2019, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including the* 15th Day of October, 2019.

**IT IS ORDERED,** *that the LMP final report is due on the* 22nd Day of October, 2019.

By the Court,

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                           Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-24721-GLT
Curtis S. Anderson                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala          Page 1 of 1              Date Rcvd: Jul 16, 2019
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db             +Curtis S. Anderson,    16 Commons Drive,    Bradfordwoods, PA 15015-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Curtis S. Anderson dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Curtis S. Anderson dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor   BSI Financial Services Inc. as servicer for Macquarie
               Mortgages USA Inc. bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7