# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | CURTIS S. ANDERSON |
| Case Number: | 18-24721-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 26, 2019  11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/27/19 8:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#46 - Amended Plan Dated 8-22-19 (FC)
R / M #:  46 / 0

### Appearances:

Debtor: Protsko
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*Con't for Debtor to review plan feasibility*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __12/19/19__ at __10:30 Am__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/19/2019   8:54:39AM