# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CURTIS S. ANDERSON | Case No. 18-24721CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>NORTH ALLEGHENY SD (BRADFORD WOODS) (RE)<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| NORTH ALLEGHENY SD (BRADFORD WOODS) (RE)<br>C/O MAIELLO BRUNGO & MAIELLO LLP-DLNQ CLCTR<br>FOXPOINTE II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Court claim# 1/Trustee CID# 6 |

The Movant further certifies that on 09/22/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
CURTIS S. ANDERSON, 16 COMMONS DRIVE, BRADFORDWOODS, PA  15015

DEBTOR'S COUNSEL:
DONALD R CALAIARO ESQ, CALAIARO VALENCIK, 938 PENN AVE STE 501, PITTSBURGH, PA 15222-3708

ORIGINAL CREDITOR'S COUNSEL:
JENNIFER L CERCE ESQ, MAIELLO BRUNGO & MAIELLO LP, 100 PURITY RD STE 3, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
NORTH ALLEGHENY SD (BRADFORD WOODS) (RE), C/O MAIELLO BRUNGO & MAIELLO LLP-DLNQ CLCTR, FOXPOINTE II, 100 PURITY RD STE 3, PITTSBURGH, PA  15235

NEW CREDITOR: