**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
CURTIS S. ANDERSON                                   Case No. 18-24721CMB

                Debtor(s)
RONDA J. WINNECOUR,                                  Chapter 13
Standing Chapter 13 Trustee,
        Movant
         vs.                                        Document No __
MACQUARIE MORTGAGES USA INC
        Respondents

**NOTICE OF FUNDS ON RESERVE**

    The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 1214.

    Regular mortgage payments are currently being directed to the following creditor at the following address:

        MACQUARIE MORTGAGES USA INC
        C/O BSI FINANCIAL SERVICES(*)
        LOCKBOX NUMBER 679002
        1200 E CAMPBELL RD STE 108
        RICHARDSON,TX 75081

    Movant has been requested to send payments to:
        SELECT PORTFOLIO SERVICING INC
        POB 65450
        SALT LAKE CITY, UT 84165

        1214

    The Chapter 13 Trustee's CID Records of MACQUARIE MORTGAGES USA INC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

    The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 6/15/2021.

|  |  |
|---|---|
| cc: Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | <u>/s/ Ronda J. Winnecour</u><br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>CURTIS S. ANDERSON, 16 COMMONS DRIVE, BRADFORDWOODS, PA 15015 | DEBTOR'S COUNSEL:<br>DONALD R CALAIARO ESQ, CALAIARO VALENCIK, 938 PENN AVE STE 501, PITTSBURGH, PA 15222-3708 |
| :<br>BSI FINANCIAL SERVICES INC**, 1425 GREENWAY DR STE 400, IRVING, TX  75038 | ORIGINAL CREDITOR:<br>MACQUARIE MORTGAGES USA INC, C/O BSI FINANCIAL SERVICES(*), LOCKBOX NUMBER 679002, 1200 E CAMPBELL RD STE 108, RICHARDSON, TX  75081 |
| ORIGINAL CREDITOR'S COUNSEL:<br>BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106<br><br>NEW CREDITOR:<br>SELECT PORTFOLIO SERVICING INC<br>POB 65450<br>SALT LAKE CITY, UT 84165 | |