## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CURTIS S. ANDERSON

Case No. 18-24721CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

MACQUARIE MORTGAGES USA INC

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 1214.

Regular mortgage payments are currently being directed to the following creditor at the following address:

MACQUARIE MORTGAGES USA INC
C/O BSI FINANCIAL SERVICES(*)
LOCKBOX NUMBER 679002
1200 E CAMPBELL RD STE 108
RICHARDSON,TX 75081

Movant has been requested to send payments to:
SELECT PORTFOLIO SERVICING INC
POB 65450
SALT LAKE CITY, UT 84165

1214

The Chapter 13 Trustee's CID Records of MACQUARIE MORTGAGES USA INC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 6/15/2021.

|  |  |
|---|---|
| cc: | Debtor |
|  | Original creditor |
|  | Putative creditor |
|  | Debtor's Counsel |

<u>/s/ Ronda J. Winnecour</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>CURTIS S. ANDERSON, 16 COMMONS DRIVE, BRADFORDWOODS, PA 15015 | DEBTOR'S COUNSEL:<br>DONALD R CALAIARO ESQ, CALAIARO VALENCIK, 938 PENN AVE STE 501, PITTSBURGH, PA 15222-3708 |
| :<br>BSI FINANCIAL SERVICES INC**, 1425 GREENWAY DR STE 400, IRVING, TX  75038 | ORIGINAL CREDITOR:<br>MACQUARIE MORTGAGES USA INC, C/O BSI FINANCIAL SERVICES(*), LOCKBOX NUMBER 679002, 1200 E CAMPBELL RD STE 108, RICHARDSON, TX  75081 |
| ORIGINAL CREDITOR'S COUNSEL:<br>BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR:<br>SELECT PORTFOLIO SERVICING INC<br>POB 65450<br>SALT LAKE CITY, UT 84165 | |