2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-24721-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Curtis S. Anderson
16 Commons Drive
Bradfordwoods PA 15015

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/27/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Select Portfolio Servicing, Inc.,, as servicing agent for MEB Loan Trust II, PO BOX 65250, Salt Lake City, UT 84165 | CSMC 2022-JR1 Trust<br>c/o Select Portfolio Servicing, LP<br>PO Box 65250<br>Salt Lake City, UT 84165 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/30/22

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Curtis S. Anderson  
    Debtor

Case No. 18-24721-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jun 28, 2022      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15402188 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2022 00:09:00 | Select Portfolio Servicing, Inc.,, as servicing agent for MEB Loan Trust II, PO BOX 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Select Portfolio Servicing Inc. as Servicing agent for MEB Loan Trust II bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor BSI Financial Services Inc. as servicer for Macquarie Mortgages USA Inc. bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Curtis S. Anderson dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Curtis S. Anderson dcalaiaro@c-vlaw.com |

District/off: 0315-2         User: auto         Page 2 of 2
Date Rcvd: Jun 28, 2022      Form ID: trc      Total Noticed: 1

kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Jennifer L. Cerce
    on behalf of Creditor North Allegheny School District jlc@mbm-law.net

Karina Velter
    on behalf of Creditor CSMC 2022-JR1 Trust kvelter@hoflawgroup.com  ckohn@hoflawgroup.com

Mark B. Peduto
    on behalf of Debtor Curtis S. Anderson mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10