**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/28/22 8:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24721-GLT |
| | : | Chapter: | 13 |
| Curtis S. Anderson | : | | |
| | : | | |
| | : | Date: | 7/27/2022 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #88 - Objection to the Notice of Mortgage Payment Change of MEB Loan Trust II c/o SPS, Inc. (Claim No. 7)
#97 Amended Response filed by MEB Loan

***APPEARANCES*:**
   Debtor:   Mark Peduto
   Creditor:   Sarah McCaffery

**NOTES:** [10:39 a.m.]

Peduto: We will be filing an application for loan modification. We are awaiting signatures from my client. With modification, this case becomes much more feasible.

Court: In the meantime, is your objection being withdrawn based on the intent to seek modification?

Peduto: That is correct.

**OUTCOME:**

1. The *Objection to the Notice of Mortgage Payment Change of MEB Loan Trust II c/o SPS, Inc. (Claim No. 7)* [Dkt. No. 88] is DENIED AS WITHDRAWN. [Text Order].

**DATED:** 7/27/2022