**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-24721-GLT |
|     Curtis S. Anderson | : Chapter 13 |
|         Debtor | : |
| | : Related Doc: 121 |
| Curtis S. Anderson, | : |
|         Movant | : Hearing Date: 01/11/2023 at 10:00am |
|     vs. | : |
| | : |
| CSMC 2022-JR1 Trust c/o Select Portfolio Servicing, Inc. | : |
|         Creditor/Respondent | : |
|     and | : |
| Ronda J. Winnecour, Esquire | : |
|         Trustee | : |

**OBJECTION OF CSMC 2022-JR1 TRUST C/O SELECT PORTFOLIO SERVICING, INC., TO DEBTOR'S MOTION FOR LOSS MITIGATION**

AND NOW, CSMC 2022-JR1 Trust c/o Select Portfolio Servicing, Inc. ("Respondent"), by its attorneys, Hladik, Onorato & Federman, LLP, hereby objects to the Motion for Loss Mitigation filed by Debtor, Curtis S. Anderson ("Debtor"), as follows:

1. On November 28, 2022, Debtor filed a Motion for Loss Mitigation regarding the property located at 16 Commons Drive, Bradford Woods, PA 15015.

2. Creditor hereby objects to Debtor's request for approval to participate in the Court's Loss Mitigation Program.

3. Upon review of the loan, Creditor has determined there are no retention options on the loan except for a Deed in Lieu.

WHEREFORE, Movant respectfully requests that this Honorable Court deny Debtor's request for approval to participate in the Loss Mitigation Program.

        Respectfully Submitted,

        HLADIK, ONORATO & FEDERMAN, LLP

Date: 11/30/2022

    /s / Sarah K. McCaffery, Esquire
    Sarah K. McCaffery, Esquire
    Hladik, Onorato & Federman, LLP
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521
    Email: smccaffery@hoflawgroup.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-24721-GLT |
|     Curtis S. Anderson | : Chapter 13 |
|         Debtor | : |
| | : Related Doc: 121 |
| Curtis S. Anderson, | : |
|         Movant | : Hearing Date: 01/11/2023 at 10:00am |
|     vs. | : |
| | : |
| CSMC 2022-JR1 Trust c/o Select Portfolio Servicing, Inc. | : |
|         Creditor/Respondent | : |
|     and | : |
| Ronda J. Winnecour, Esquire | : |
|         Trustee | : |

### **CERTIFICATE OF SERVICE**

    I, Sarah K. McCaffery, Esquire, attorney for Respondent, CSMC 2022-JR1 Trust c/o Select Portfolio Servicing, Inc., certify that I mailed a copy of the Objection to Debtor's Motion for Loss Mitigation to the following parties at the addresses below on 11/30/2022:

Donald R. Calaiaro, Esquire  
Andrew Kevin Pratt, Esquire  
David Z. Valencik, Esquire  
Via CM/ECF Notification  
*Attorneys for Debtor*

Curtis S. Anderson  
16 Commons Drive  
Bradfordwoods, PA 15015  
Via First Class Mail  
*Debtor*

Ronda J. Winnecour, Esquire  
Via CM/ECF Notification  
*Trustee*

Dated: 11/30/2022

    /s/Sarah K. McCaffery, Esquire  
Sarah K. McCaffery, Esquire ID# 311728  
Hladik, Onorato & Federman, LLP  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521  
Email: smccaffery@hoflawgroup.com