# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 18-24721-GLT |
| Curtis S. Anderson, | ) |
| **Debtor,** | ) Chapter 13 |
| MEB Loan Trust II c/o SPS, Inc., | ) |
| **Movant,** | ) Claim No. 7 |
| vs. | ) |
| Curtis S. Anderson, | ) |
| Ronda J. Winnecour, Esquire, | ) |
| **Respondents.** | ) Document No. |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

**AND NOW**, comes the Debtor, by and through his counsel, Calaiaro Valencik, presents the following:

1. The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on December 7, 2018.

2. On February 22, 2023, Movant filed a Notice of Mortgage Payment Change reflecting a $18.55 cent per month increase in the mortgage payment.

3. The Debtor's case is currently pending dismissal.

4. The Debtor is not objecting to the dismissal.

5. There is no reason to amend the current plan.

                                        **Respectfully submitted,**

**Dated:** March 14, 2023          **BY:**  /s/ David Z. Valencik
                                                   **David Z. Valencik, Esquire, PA I.D. #308361**
                                                   dvalencik@c-vlaw.com

                                                   **CALAIARO VALENCIK**
                                                   **938 Penn Avenue, Suite 501**
                                                   **Pittsburgh, PA  15222-3708**
                                                   **(412) 232-0930**