Form 309

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Curtis S. Anderson**  :  Case No. 18−24721−GLT
*Debtor(s)*  :  Chapter: 13
 :
 :
 :
 :  Related to Dkt. No. 136
 :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 22nd of March, 2023,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24721-GLT |
| Curtis S. Anderson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 22, 2023 | Form ID: 309 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis S. Anderson, 16 Commons Drive, Bradfordwoods, PA 15015-1304 |
| 14961654 | + | Candra J Anderson, 16 Commons Drive, Bradfordwoods, PA 15015-1304 |
| 14961656 | + | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14961658 | + | MBM Collections, LLC, Foxpointe II, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14969333 | + | North Allegheny School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14961660 | + | North Allegheny School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14961662 | | State Farm Bank, c/o BSI FInancial Services, 14 S Franklin Street 2nd Floor, Titusville, PA 16354 |
| 14961663 | + | Stern & Eisenberg, Edward McKee, Esquire, 1581 Main St., Ste. 200, Warrington, PA 18976-3403 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 22 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14992782 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 22 2023 23:40:00 | BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 14971820 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 23:45:39 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15493443 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 22 2023 23:41:00 | CSMC 2022-JR1 Trust, c/o Select Portfolio Servicing, LP, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14988031 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 23:57:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14961655 | + | EDI: IRS.COM | Mar 23 2023 03:38:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 9013 Stop 650, Holtsville, NY 11742-9013 |
| 14961657 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 22 2023 23:40:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14992208 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 22 2023 23:45:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14961659 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 22 2023 23:45:19 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14961661 | + | EDI: LCIPHHMRGT | Mar 23 2023 03:38:00 | Ocwen Loan Sevicing Llc, Attn: Research Dept, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14962046 | + | EDI: RECOVERYCORP.COM | Mar 23 2023 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15402188 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 22 2023 23:41:00 | Select Portfolio Servicing, Inc.,, as servicing agent for MEB Loan Trust II, PO BOX 65250, Salt Lake City, UT 84165-0250 |

Case 18-24721-GLT  Doc 140  Filed 03/24/23  Entered 03/25/23 00:24:37  Desc
Imaged Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2023 | Form ID: 309 | Total Noticed: 22 |

| 14992043 | + EDI: RMSC.COM | Mar 23 2023 03:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
|---|---|---|---|
| 14961664 | + EDI: RMSC.COM | Mar 23 2023 03:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BSI Financial Services Inc. as servicer for Macqua |
| cr | | CSMC 2022-JR1 Trust |
| cr | | Select Portfolio Servicing, Inc. as Servicing agen |
| cr | * | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | North Allegheny School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:

**Name**  **Email Address**

Andrew Kevin Pratt
on behalf of Debtor Curtis S. Anderson apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Bradley Joseph Osborne
on behalf of Creditor Select Portfolio Servicing  Inc. as Servicing agent for MEB Loan Trust II bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Brian Nicholas
on behalf of Creditor BSI Financial Services Inc. as servicer for Macquarie Mortgages USA Inc. bnicholas@kmllawgroup.com

David Z. Valencik
on behalf of Debtor Curtis S. Anderson dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
on behalf of Debtor Curtis S. Anderson dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Jennifer L. Cerce
on behalf of Creditor North Allegheny School District jlc@mbm-law.net

Karina Velter

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Mar 22, 2023 | Form ID: 309 | Total Noticed: 22

|   |   |
|---|---|
|   | on behalf of Creditor Select Portfolio Servicing Inc. as Servicing agent for MEB Loan Trust II kvelter@pincuslaw.com, brausch@pincuslaw.com |
| Karina Velter | |
|   | on behalf of Creditor CSMC 2022-JR1 Trust kvelter@pincuslaw.com brausch@pincuslaw.com |
| Office of the United States Trustee | |
|   | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
|   | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
|   | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Sarah Kathleen McCaffery | |
|   | on behalf of Creditor CSMC 2022-JR1 Trust ckohn@hoflawgroup.com |

TOTAL: 12