**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| CURTIS S. ANDERSON | Case No.:18-24721 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/07/2018 and confirmed on 04/05/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 131,565.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 131,565.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 5,000.00 | |
|     Trustee Fee | 5,925.74 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,925.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CSMC 2022-JR1 TRUST | 0.00 | 84,707.60 | 0.00 | 84,707.60 |
|     Acct: 4281 | | | | |
|   CSMC 2022-JR1 TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4281 | | | | |
|   CSMC 2022-JR1 TRUST | 30,561.25 | 30,561.25 | 0.00 | 30,561.25 |
|     Acct: 4281 | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6B80 | | | | |
|   NORTH ALLEGHENY SD (BRADFORD WO( | 73.92 | 73.92 | 1,186.07 | 1,259.99 |
|     Acct: B080 | | | | |
|   NORTH ALLEGHENY SD (BRADFORD WO( | 46.33 | 46.33 | 0.00 | 46.33 |
|     Acct: B080 | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6B80 | | | | |
| | | | | 116,575.17 |
| **Priority** | | | | |
|   DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-24721 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CURTIS S. ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 14,416.38 | 0.00 | 0.00 | 0.00 |
| Acct: 7468 | | | | |
| CSMC 2022-JR1 TRUST | 8,957.45 | 4,064.09 | 0.00 | 4,064.09 |
| Acct: 4281 | | | | |
| | | | | 4,064.09 |
| **Unsecured** | | | | |
| CAPITAL ONE NA** | 387.74 | 0.00 | 0.00 | 0.00 |
| Acct: 4167 | | | | |
| MERRICK BANK | 1,184.11 | 0.00 | 0.00 | 0.00 |
| Acct: 4285 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5219 | | | | |
| INTERNAL REVENUE SERVICE* | 25,914.92 | 0.00 | 0.00 | 0.00 |
| Acct: 7468 | | | | |
| SYNCHRONY BANK | 117.42 | 0.00 | 0.00 | 0.00 |
| Acct: 5338 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5338 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CANDRA ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 120,639.26 |
| TOTAL CLAIMED | | |
| PRIORITY | 23,373.83 | |
| SECURED | 30,681.50 | |
| UNSECURED | 27.604.19 | |

Date: 05/01/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com